ATCHISON, T. & S. F. RY. CO. v. STATE *et al.*

No. 2126.  Opinion Filed May 14, 1912.

(124 Pac. 57.)

CARRIERS—Regulation—Orders of Corporation Commission—Construction. Rule 6 of Order 168, imposed by the Corporation Commission, applies only to intrastate shipments.

(a) A fine on account of interstate shipments cannot be imposed under said rule upon a carrier.

(Syllabus by the Court.)

*Appeal from Order of Corporation Commission.*

Appeal by the Atchison, Topeka & Santa Fe Railway Company from an order of the Corporation Commission in proceedings by Thatcher & Sons. Reversed and remanded, with instructions.

*Cottingham & Bledsoe,* for appellant.

*Charles West,* Atty. Gen., and *C. J. Davenport,* Asst. Atty. Gen., for appellees.

WILLIAMS, J.  This is an appeal from the order of the Corporation Commission, imposing a fine of $100 upon the appellant for failure to move an interstate shipment, as required by rule 6 of order No. 168 of said Commission.

The Attorney General has filed in this case the same suggestion that he did in the case of *A.; T. & S. F. Ry. Co. v. State, post,* 124 Pac. 56, and confesses that the order entered by the Commis-

sion is erroneous, and that rule 6 of order No. 168, under a reasonable construction, does not apply to an interstate shipment.

It follows that the order of the Commission is reversed, and this cause is remanded, with instructions to set aside the order and dismiss the proceeding.

TURNER, C. J., and HAYES, KANE, and DUNN, JJ., concur.